IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SERGE BELOZEROV, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br> v.<br><br>GANNETT COMPANY, INC.,<br><br>       Defendant. | Case No. 4:22-10838-MRG<br><br>Hon. Margaret R. Guzman |

## STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Serge Belozerov and Gannett Company, Inc., through undersigned counsel, hereby stipulate to the voluntary dismissal of this action with prejudice with each party bearing its own costs.

Date:   November 16, 2023

             Jointly Submitted,

| | |
|---|---|
| */s/ Jonathan M. Jagher*<br><br>Jonathan M. Jagher<br>**FREED KANNER LONDON & MILLEN LLC**<br>923 Fayette Street<br>Conshohocken, PA 19428<br>Telephone: (610) 234-6487<br>jjagher@fklmlaw.com<br><br>Katrina Carroll<br>**LYNCH CARPENTER, LLP**<br>111 W. Washington Street, Suite 1240<br>Chicago, IL 60602 | */s/ David L. Yohai*<br><br>David L. Yohai<br>**WEIL, GOTSHAL AND MANGES LLP**<br>767 Fifth Avenue<br>New York, NY 10153<br>Telephone: (212) 310-8275<br>david.yohai@weil.com<br><br>*Counsel for Defendant* |

| | |
|---|---|
| Telephone: (312) 750-1265<br>katrina@lcllp.com<br><br>Gary M. Klinger<br>**MILBERG COLEMAN BRYSON**<br>**PHILLIPS GROSSMAN, PLLC**<br>227 W. Monroe Street, Suite 2100<br>Chicago, Illinois 60606<br>Telephone: (866) 252-0878<br>gklinger@milberg.com<br><br>*Counsel for Plaintiff* | |

## CERTIFICATE OF SERVICE

     I, Jonathan Jagher, hereby certify that on November 16, 2023, I caused to be electronically filed the above document with the Clerk of the United States District Court for the District of Massachusetts using the CM/ECF system, which shall send electronic notification to all counsel of record.

                                                 */s/ Jonathan M. Jagher*
                                                 Jonathan M. Jagher